IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ONE 2000 LAND ROVER RANGE ROVER, VIN: SALPF154XYA427778,<br><br>　　　　　Defendant. | Case No. 08-CV-445 |

ORDER DIRECTING THE CLERK TO ISSUE A WARRANT
FOR ARREST OF PROPERTY AND ORDER FOR NOTICE

On the 4th day of August 2008, the United States of America filed a complaint for forfeiture <u>in rem</u> against the above-named defendant property for reasons mentioned in said complaint; and

This court being satisfied that, based on the verified complaint of forfeiture, there is probable cause to believe that the defendant property so described constitutes property that is subject to forfeiture for such violation(s), and that grounds for issuance of a warrant of arrest for articles <u>in rem</u> exist, pursuant to Rule G(3)(b) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS, THEREFORE, ORDERED that:

1. The Clerk of this Court is hereby directed to forthwith issue a Warrant for the Arrest of Defendant Property directing the United States Marshal or any other federal law enforcement officer for this District to arrest the said Defendant Property, to make return thereon and to take it into custody pending further order of this Court;

2. The *Wisconsin State Journal*, 1901 Fish Hatchery Road, Madison, Wisconsin, 53713 and *The Wall Street Journal,* 71 5th Avenue, 7th Floor, New York, New York, are designated as newspapers of general circulation within this District where the defendant property was seized; and

3. Public notice of this action and of the arrest of Defendant Property, shall be published one time in the *Wisconsin State Journal*, 1901 Fish Hatchery Road, Madison, Wisconsin, 53713. Such notice shall specify the time within which a claim and answer must be filed as required by Rule G(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

SO ORDERED this 7th day of August 2008.

/s/

STEPHEN L. CROCKER
United States Magistrate Judge