IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 08-CV-445 |
| ONE 2000 LAND ROVER RANGE ROVER, VIN SALPF154XYA427778, | ) |
| Defendant. | ) |

ORDER FOR DISMISSAL

Upon application of the United States of America and review of the entire file, this case is dismissed without prejudice.

ORDERED this 12th day of August 2009.

*Barbara B Crabb*
BARBARA B. CRABB
Chief United States District Court Judge