IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE 2000 LAND ROVER RANGE ROVER, VIN SALPF154XYA427778,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 08-CV-445<br>)<br>)<br>)<br>)<br>)<br>) |

CERTIFICATE OF REASONABLE CAUSE

Upon motion of the United States and review of the entire file of this case, the Court hereby certifies that there was reasonable cause for the seizure of the defendant conveyance, in that it was subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(4).

Executed this 11th day of August 2009.

*Barbara B. Crabb*
BARBARA B. CRABB
United States District Judge